Roderick A. McLeod (SBN 104694)
rmcleod@jonesday.com
Brett A. Lovejoy (SBN 212942)
blovejoy@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Attorneys for Plaintiffs
ALEXX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXX, INC., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>CODEE INT'L CORP., a New Jersey corporation, and DOES 1-20, Inclusive,<br><br>             Defendants. | CASE NO. 4:07-cv-2182 SBA<br><br>**STIPULATION AND  ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1

## STIPULATION

2   The initial Case Management Conference is scheduled in this matter for July 26, 2007.  The

3 parties request that it be continued until August 29, 2007 on the grounds that 1) plaintiff filed an

4 Amended Complaint on June 15, 2007; 2) defendant Codee's time to respond to the Amended

5 Complaint was extended until August 2, 2007 and the entry into this Stipulation shall be deemed

6 a special appearance only; 3) defendant Codee is in the process of retaining local counsel; and 4)

7 the parties have been discussing settlement of this patent, trademark and copyright case.

Dated:  July 19, 2007                                JONES DAY


By:_____/S/_____
           Roderick A. McLeod

Attorney for Plaintiff
ALEXX, INC.

Dated:  July 19, 2007                                DARBY & DARBY


By:_____
           Robert S. Weisbein

Attorney for Defendant
CODEE INT'L CORP.

---

CASE NO. 4:07-cv-2182 SBA                -2-             Stipulation and [Proposed] Order Continuing
                                                          Case Management Conference

1 <u>ORDER</u>

2  Good cause appearing, the Court orders as follows:

3  1) The Initial Case Management Conference is continued until September 13, 2007 at
4     4:00 p.m., via telephone.
5  2) Counsel are further expected to file a Case Management Statement at least ten (10)
6     days before each and every scheduled Case Management Conference conducted in
7     this action. If there is no change in the status of the case from the time the last
8     statement was filed, counsel shall indicate as such in a pleading and attach a copy
9     of the most recently filed Case Management Statement to the pleading. Failure to
10    timely file a Case Management Statement may result in sanctions.
11 3) Plaintiff's counsel is to set up the conference call with all the parties on the line
12    and call chambers at (510) 637-3559. (No party shall contact chambers directly
13    without prior authorization of the Court.)

16 Dated: _7/23/07                                    _____
                                                      Saundra Brown Armstrong
17                                                    United States District Judge